**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 26-4068 (APM) |

**MOTION TO ADMIT CLARE P. WUERKER AS *PRO HAC VICE***

The undersigned, Emma Lewis, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Clare P. Wuerker, pro hac vice, as counsel for Protect Democracy Project in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Wuerker is a member in good standing of the Virginia State Bar and her Certificate of Good Standing is attached hereto. Her application to the District of Columbia Bar is pending. Also attached is Ms. Wuerker's Declaration of Pro Hac Vice Admission. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Wuerker possesses the character and skills required of a member of the Bar of this Court. Accordingly, the undersigned respectfully requests admission of Clare P. Wuerker pro hac vice as representative of Plaintiff, American Oversight, in this proceeding.

Dated: November 18, 2026

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis

D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*