# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **CLARE PATRICIA WUERKER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **CLARE PATRICIA WUERKER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2009,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued October 1, 2026

DaVida M. Davis
**Director of Regulatory Compliance**